UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA J. SANTER, M.D., | : |
| | : CIVIL ACTION NO. 06-CV-1863 |
| Plaintiff, | : JUDGE THOMAS M. GOLDEN |
| | : |
| v. | : FILED ELECTRONICALLY |
| | : |
| TEACHERS INSURANCE AND | : |
| ANNUITY ASSOCIATION, *et al.*, | : |
| | : |
| Defendants. | : |

## DISCLOSURE STATEMENT FORM

Please check one box:

☐  The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒  The nongovernmental corporate party, Standard Insurance Company, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

StanCorp Financial Group, Inc.

Dated: March 22, 2007

STEVENS & LEE

By: _____
E. Thomas Henefer
Attorney I.D. No. 55773
Kirk L. Wolgemuth
Attorney I.D. No. 45792
111 North Sixth Street
P.O. Box 679
Reading, PA  19603-0679
(610) 478-2223

Counsel for Standard Insurance Company

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA J. SANTER, M.D., | : |
| | : CIVIL ACTION NO. 06-CV-1863 |
| Plaintiff, | : JUDGE THOMAS M. GOLDEN |
| | : |
| v. | : FILED ELECTRONICALLY |
| | : |
| TEACHERS INSURANCE AND | : |
| ANNUITY ASSOCIATION, *et al.*, | : |
| | : |
| Defendants. | : |

**DISCLOSURE STATEMENT FORM**

Please check one box:

☐    The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒    The nongovernmental corporate party, Standard Life Insurance Company of New York, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

StanCorp Financial Group, Inc.

Dated: March 22, 2007

STEVENS & LEE

By: _____
E. Thomas Henefer
Attorney I.D. No. 55773
Kirk L. Wolgemuth
Attorney I.D. No. 45792
111 North Sixth Street
P.O. Box 679
Reading, PA 19603-0679
(610) 478-2223

Counsel for Standard Life Insurance Company of New York

SL1 704201v1/007824.00008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA J. SANTER, M.D., | : | |
| | : | CIVIL ACTION NO. 06-CV-1863 |
| Plaintiff, | : | JUDGE THOMAS M. GOLDEN |
| | : | |
| v. | : | FILED ELECTRONICALLY |
| | : | |
| TEACHERS INSURANCE AND | : | |
| ANNUITY ASSOCIATION, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## DISCLOSURE STATEMENT FORM

Please check one box:

☒  The nongovernmental corporate party, StanCorp Financial Group, Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐  The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:


Dated: March 22, 2007

STEVENS & LEE

By: _____
E. Thomas Henefer
Attorney I.D. No. 55773
Kirk L. Wolgemuth
Attorney I.D. No. 45792
111 North Sixth Street
P.O. Box 679
Reading, PA 19603-0679
(610) 478-2223

Counsel for StanCorp Financial Group, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA J. SANTER, M.D., | : |
| | : CIVIL ACTION NO. 06-CV-1863 |
| Plaintiff, | : JUDGE THOMAS M. GOLDEN |
| | : |
| v. | : FILED ELECTRONICALLY |
| | : |
| TEACHERS INSURANCE AND | : |
| ANNUITY ASSOCIATION, *et al.*, | : |
| | : |
| Defendants. | : |
| | : |
| | : |

## DISCLOSURE STATEMENT FORM

Please check one box:

☐  The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒  The nongovernmental corporate party, Teachers Insurance and Annuity Association, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

TIAA Board of Overseers


Dated: March 22, 2007        STEVENS & LEE

By: _____
E. Thomas Henefer
Attorney I.D. No. 55773
Kirk L. Wolgemuth
Attorney I.D. No. 45792
111 North Sixth Street
P.O. Box 679
Reading, PA  19603-0679
(610) 478-2223

Counsel for Standard Insurance Company

SL1 704201v1/007824.00008

## CERTIFICATE OF SERVICE

I, KIRK L. WOLGEMUTH, ESQUIRE, certify that on this date the four foregoing Disclosure Statement Forms filed on behalf of Defendants Teachers Insurance and Annuity Association, Standard Insurance Company, Standard Life Insurance Company of New York, and StanCorp Financial Group, Inc., were filed electronically and are available for viewing on the Court's ECF system, and certified true and correct copies of the foregoing documents were served upon the following counsel of record by first class mail as follows:

Jeffrey K. Rubin, Esquire
Richard H. Friedman, Esquire
Friedman, Rubin & White
127 W. 9th Avenue, Suite 201
Anchorage, AK  99501-3218

Alan H. Casper, Esquire
121 S. Broad Street, 20th Floor
Philadelphia, PA  19107

Date: March 22, 2007

Kirk L. Wolgemuth